# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**RODNEY LEE CARTER**

(Defendant's Name)

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:04CR05313-01**

Marc Ament
Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of charge(s) 1,2,3  as alleged in the violation petition filed on 02/09/2005 .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to notify of change of address | February 1, 2005 |
| Two | Failure to participate in drug counseling | January 27, 2005 |
| Three | Failure to submit to drug counseling | February 2, 2005 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  February 20, 2004 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 27, 2005
Date of Imposition of Sentence

/S/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

JUNE 27, 2005
Date

CASE NUMBER:          1:04CR05313-01                                    Judgment - Page 2  of  2
DEFENDANT:            RODNEY LEE CARTER

# IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and 1 day .


[✔]      The court makes the following recommendations to the Bureau of Prisons:
          A facility in Nevada specifically Las Vegas


[✔]      The defendant is remanded to the custody of the United States Marshal.


[ ]      The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.


[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.


                                                      _____

                                                      UNITED STATES MARSHAL


                                     By  _____

                                                      Deputy U.S.  Marshal